CORA REINERTSEN, as Executrix of MICHAEL REINERTSEN, Deceased, Appellant, *v.* ERIE RAILROAD COMPANY, Respondent.

*Reinertsen* v. *Erie R. R. Co.*, 142 App. Div. 31, affirmed.
(Argued March 6, 1912; decided March 26, 1912.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered

January 27, 1911, reversing a judgment in favor of plaintiff entered upon a verdict and granting a new trial in an action originally brought by plaintiff's testator to recover for personal injuries alleged to have been sustained by him through the negligence of defendant, his employer.

*George F. Hickey* and *M. P. O'Connor* for appellant.

*Frederic B. Jennings* and *William C. Cannon* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: CULLEN, Ch. J., GRAY, VANN, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.